CHICAGO—FIRST DISTRICT—JANUARY, 1918. 437

Weber & Co. v. Hot Point Elec. Heating Co., 209 Ill. App. 437.

## Louis Weber & Company, Appellee, v. Hot Point Electric Heating Company, Appellant.

### Gen. No. 23,868. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY
M. FISHER, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1917. Affirmed. Opinion filed January 31,
1918.

### Statement of the Case.

Action by Louis Weber & Company, a corporation,
plaintiff, against Hot Point Electric Heating Company, a corporation, defendant. From a judgment for
plaintiff, defendant appeals.

JOHN R. McCABE and D. P. PENNYWITT, for appellant.

CHARLES R. NAPIER and EDWARD NEWBERGER, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion
of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1165*—*when nothing for Appellate Court
to review.* In the absence of any document preserving in the record the proceedings had at the trial on which the assignments of
error are based, there is nothing before the Appellate Court for
review.

2. APPEAL AND ERROR, § 951*—*when affidavit of counsel stricken
from record on appeal.* An affidavit of appellant's counsel purporting to set forth the proceedings at the trial will be stricken
from the record, on appeal by the Appellate Court on its own
motion, where it does not appear to have been a part of the record
below.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.